MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
One Summerlin
1980 Festival Plaza Drive, Suite 750
Las Vegas, Nevada 89135
Telephone:  702.678.5070
Facsimile:  702.878.9995
malarie@atllp.com

*Attorneys for Defendant Green Dot Corporation*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JOHN WAUDBY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; FIRST PREMIER BANK; AND GREEN DOT CORPORATION,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-01889-RFB-DJA<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER TO EXTEND DEFENDANT GREEN DOT CORPORATION'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

　　　　Defendant Green Dot Corporation ("Green Dot"), by and through its counsel, Armstrong Teasdale LLP, and Plaintiff John Waudby ("Plaintiff"), by and through his counsel, Kind Law and Freedom Law Firm, hereby agree and stipulate, subject to this Court's approval, to extend the deadline for Green Dot to answer or otherwise respond to the Complaint by forty-five (45) days, or from December 5, 2022, to January 19, 2023.  This is the first request to extend this particular deadline.

　　　　On November 8, 2022, Plaintiff filed a Complaint against Green Dot among others asserting claims for violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681.  (ECF No. 1)  Plaintiff contends that Green Dot's allegedly misreported his consumer information.  (Id.)  Green Dot was served with the Summons and Complaint on November 14, 2022.  Therefore, Green Dot's deadline to answer or otherwise respond to the Complaint is currently December 5, 2022.

　　　　Good cause exists to extend the deadline for Green Dot to respond to the Complaint by forty-five (45) days, or to January 19, 2023.  Green Dot is in the process of identifying information and

documents relevant to Plaintiff and the allegations in the lawsuit in order to prepare its response. Green Dot also anticipates that it may need to request additional information from Plaintiff. Notwithstanding its diligence, Green Dot requires more time to investigate Plaintiff's allegations and claims particularly in light of the recent Thanksgiving holiday and the upcoming holidays in December. Plaintiff does not object to a 45-day extension of the response deadline. The parties believe that this first extension will not unduly delay proceedings as this case as it is still in its infancy and no scheduling order is currently in place. This stipulation is entered into in good faith and is not filed for improper purposes.

Accordingly, the parties request that this Court enter and order extending Green Dot's deadline to answer or otherwise respond to the Complaint by forty-five (45) days, or to January 19, 2023.

DATED this 29th day of November, 2022.

**KIND LAW**

By: /s/ Michael Kind
 MICHAEL KIND, ESQ.
 Nevada Bar No. 13903
 8860 South Maryland Parkway, Suite 106
 Las Vegas, Nevada 89123

 GEORGE HAINES, ESQ.
 Nevada Bar NO. 9411
 GERARDO AVALOS, ESQ.
 Nevada Bar No. 15171
 FREEDOM LAW FIRM
 8985 S. Eastern Avenue, Suite 350
 Las Vegas, Nevada 89123

*Attorneys for Plaintiff John Waudby*

DATED this 29th day of November, 2022.

**ARMSTRONG TEASDALE LLP**

By: /s/ Michelle D. Alarie
 MICHELLE D. ALARIE, ESQ.
 Nevada Bar No. 11894
 One Summerlin
 1980 Festival Plaza Drive, Suite 750
 Las Vegas, Nevada 89135

*Attorneys for Defendant Green Dot Corporation*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11/30/2022