UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN WAUDBY,<br><br>            Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; FIRST PREMIER BANK, and GREEN DOT CORPORATION,<br><br>            Defendants. | CASE NO. 2:22-cv-01889-RFB-DJA<br><br>**ORDER GRANTING FIRST PREMIER BANK'S MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Before the Court is Defendant First Premier Bank's Motion to Extend Time to Respond to Complaint. Having reviewed the motion and good cause appearing, the Court GRANTS First Premier's motion and ORDERS that First Premier shall have up to and including January 6, 2023, to file a responsive pleading to Plaintiff's Complaint.

IT IS SO ORDERED.

DATED: 12/5/2022

_____
United States Magistrate Judge