Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff John Waudby*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| John Waudby, | Case No.: 2:22-cv-01889-RFB-DJA |
|---|---|
| Plaintiff, | **Motion for an extension of time for Defendant Experian Information Solutions, Inc. to respond to Plaintiff's complaint** |
| v. | |
| Trans Union, LLC et al, | |
| Defendants. | |

John Waudby ("Plaintiff"), by and through counsel, hereby requests an extension of time for Defendant Experian Information Solutions, Inc. to respond to the complaint. Defendant's responsive pleading was due on December 5, 2022. This is the first request for an extension of this deadline.

The extension is sought because the parties are engaged in active settlement discussions that may alleviate Defendant's need to retain counsel and appear in this case.

MOTION                                                              - 1 -

In good faith and not for the purposes of delay, Plaintiff submits this motion, on behalf of Defendant, and requests that this Court extend Defendant's deadline to file its responsive pleading until on or before **January 4, 2023**.

Dated: December 11, 2022.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff John Waudby*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 12, 2022

MOTION - 2 -