Joel E. Tasca, Esq.
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendant First Premier Bank*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN WAUDBY,<br><br>    Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; FIRST PREMIER BANK, and GREEN DOT CORPORATION<br><br>    Defendants. | CASE NO.  2:22-cv-01889-RFB-DJA<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT<br><br>(Second Request) |

The current deadline for Defendant First Premier Bank to respond to Plaintiff John Waudby's complaint is January 6, 2023.  Defendant has requested, and Plaintiff has agreed, that First Premier shall have up to and including January 20, 2023, to respond to Plaintiff's complaint, to provide time for First Premier to investigate Plaintiff's allegations and for the parties to discuss a potential early resolution of claims asserted against First Premier.

This is the second request for such an extension, and it is made in good faith and not for purposes of delay.

///

DMFIRM #406185262 v1

Dated: January 3, 2023.

| BALLARD SPAHR LLP | KIND LAW |
|---|---|
| By: /s/ *Joel E. Tasca*<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Madeleine Coles<br>Nevada Bar No. 16216<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant First Premier Bank* | By: /s/ *Michael Kind*<br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>8860 South Maryland Parkway, Suite 106<br>Las Vegas, Nevada 89123<br><br>*Attorneys for Plaintiff John Waudby* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 4, 2023