George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 885-5554
FAX: (702) 385-5518
Email: info@freedomlegalteam.com
*Attorney for Plaintiff John Waudby*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| John Waudby,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Trans Union, LLC et al,<br><br>　　　　　　Defendant. | Case No.: 2:22-cv-01889-RFB-DJA<br><br>**Motion for an extension of time for Defendant Trans Union, LLC Information Solutions, Inc. to respond to Plaintiff's complaint** |

John Waudby ("Plaintiff"), by and through counsel, hereby requests an extension of time for Defendant Trans Union, LLC ("Defendant") to respond to Plaintiff's complaint. Defendant's responsive pleading is currently due on January 9, 2022. This is the first request for an extension of this deadline.

The extension is sought because the parties are engaged in active settlement discussions that may alleviate Defendant's need to retain counsel and appear in this case.

MOTION                                                           - 1 -

1  In good faith and not for the purposes of delay, Plaintiff submits this
2  motion, on behalf of Defendant, and requests that this Court extend Defendant's
3  deadline to file its responsive pleading until on or before **February 8, 2022**.
4  Dated: .

FREEDOM LAW FIRM, LLC

/s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 South Eastern Ave., Suite 350
Las Vegas, NV 89123
*Attorneys for Plaintiff John Waudby*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 9, 2023
_____