Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff John Waudby*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| John Waudby, | Case No.: 2:22-cv-01889-RFB-DJA |
| Plaintiff, | **Motion for an extension of time for Defendant Experian Information Solutions, Inc. to respond to Plaintiff's complaint** |
| v. | |
| Trans Union, LLC et al, | |
| Defendants. | |

John Waudby ("Plaintiff"), by and through counsel, hereby requests an extension of time for Defendant Experian Information Solutions, Inc. to respond to the complaint. Defendant's responsive pleading is currently due on January 4, 2023. This is the second request for an extension of this deadline.

The extension is sought because the parties are engaged in active settlement discussions that may alleviate Defendant's need to retain counsel and appear in this case.

MOTION                                    - 1 -

In good faith and not for the purposes of delay, Plaintiff submits this motion, on behalf of Defendant, and requests that this Court extend Defendant's deadline to file its responsive pleading until on or before **January 25, 2023**.

Dated: January 9, 2023.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff John Waudby*

The Court notes that Plaintiff has failed to comply with Local Rule IA 6-1(a) by citing excusable neglect for filing the motion after the deadline. Nonetheless, the Court recognizes that Plaintiff is filing this motion on behalf of Defendant, that the parties are engaged in settlement discussions, and that Defendant is engaging in those discussions to avoid the need to retain counsel. Despite the lack of an explicit cite to excusable neglect, the Court finds good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend (ECF No. 21) is **GRANTED**.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: January 10, 2023