FFJoel E. Tasca, Esq.
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendant First Premier Bank*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN WAUDBY,<br><br>　　Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; FIRST PREMIER BANK, and GREEN DOT CORPORATION<br><br>　　Defendants. | CASE NO. 2:22-cv-01889-RFB-DJA<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT<br><br>(Third Request) |

The current deadline for Defendant First Premier Bank to respond to Plaintiff John Waudby's complaint is January 20, 2023. Defendant has requested, and Plaintiff has agreed, that First Premier shall have up to and including February 3, 2023, to respond to Plaintiff's complaint, to provide additional time for First Premier to investigate Plaintiff's allegations and for the parties to discuss a potential early resolution of claims asserted against First Premier.

This is the third request for such an extension, and it is made in good faith and not for purposes of delay.

///

Dated: January 20, 2023.

| BALLARD SPAHR LLP | KIND LAW |
| | FREEDOM LAW FIRM |

By: /s/ *Joel E. Tasca*  
Joel E. Tasca, Esq.  
Nevada Bar No. 14124  
Madeleine Coles, Esq.  
Nevada Bar No. 16216  
1980 Festival Plaza Drive, Suite 900  
Las Vegas, Nevada 89135

*Attorneys for Defendant First Premier Bank*

By: /s/ *Gerardo Avalos*  
Gerardo Avalos, Esq.  
Nevada Bar No. 15171  
George Haines, Esq.  
Nevada Bar No. 9411  
8985 S. Eastern Ave., Suite 350  
Las Vegas, Nevada 89123

Michael Kind, Esq.  
Nevada Bar No. 13903  
8860 S. Maryland Parkway, Suite 106  
Las Vegas, Nevada 89123

*Attorneys for Plaintiff John Waudby*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 23, 2023