George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@freedomlegalteam.com
*Attorneys for Plaintiff John Waudby*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| John Waudby,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Trans Union, LLC, Experian Information Solutions, Inc., First Premier Bank and Green Dot Corporation,<br><br>　　　　　　　Defendants. | Case No.: 2:22-cv-01889-RFB-DJA<br><br>**Motion for an extension of time for Trans Union, LLC to respond to Plaintiff's complaint**<br><br>**Second request** |

　　　John Waudby ("Plaintiff"), by and through counsel, hereby requests an extension of time for Defendant Trans Union, LLC ("Defendant") to respond to Plaintiff's complaint. Defendant's responsive pleading is currently due on February 8, 2023. This is the second request for an extension of this deadline.

　　　The extension is sought because the parties are engaged in active settlement discussions and informal discovery to assist the case resolution efforts. Plaintiff does not oppose an extension of Defendant's time to answer

MOTION　　　　　　　　　　　　　- 1 -

the complaint so that the parties may devote their energies to resolving this matter.

In good faith and not for the purposes of delay, Plaintiff submits this motion, on behalf of Defendant, and requests that this Court extend Defendant's deadline to file its responsive pleading until on or before **March 10, 2023**.

Dated: February 8, 2023.

**FREEDOM LAW FIRM, LLC**

 /s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 South Eastern Ave., Suite 350
Las Vegas, NV 89123
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 9, 2023