|   |   |
|---|---|
| 1 | Joel E. Tasca, Esq. |
|   | Nevada Bar No. 14124 |
| 2 | Madeleine Coles |
|   | Nevada Bar No. 16216 |
| 3 | BALLARD SPAHR LLP |
|   | 1980 Festival Plaza Drive, Suite 900 |
| 4 | Las Vegas, Nevada 89135 |
|   | Telephone:  702.471.7000 |
| 5 | Facsimile:  702.471.7070 |
|   | tasca@ballardspahr.com |
| 6 | colesm@ballardspahr.com |

*Attorneys for Defendant First Premier Bank*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| JOHN WAUDBY, | CASE NO.  2:22-cv-01889-RFB-DJA |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT |
| v. |  |
| TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; FIRST PREMIER BANK, and GREEN DOT CORPORATION | (Fifth Request) |
| Defendants. |  |

The current deadline for Defendant First Premier Bank to respond to Plaintiff John Waudby's complaint is February 17, 2023.  Defendant has requested, and Plaintiff has agreed, that First Premier shall have up to and including March 3, 2023, to respond to Plaintiff's complaint, to provide additional time for First Premier to investigate Plaintiff's allegations and for the parties to discuss a potential early resolution of claims asserted against First Premier.

This is the fifth request for such an extension, and it is made in good faith and not for purposes of delay.

///

DMFIRM #406757840 v1

Dated: February 17, 2023.

| BALLARD SPAHR LLP | KIND LAW |
| | FREEDOM LAW FIRM |

By: /s/ *Joel E. Tasca*

Joel E. Tasca, Esq.
Nevada Bar No. 14124
Madeleine Coles, Esq.
Nevada Bar No. 16216
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Defendant First Premier Bank*

By: /s/ *Michael Kind*

Michael Kind, Esq.
Nevada Bar No. 13903
8860 S. Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

Gerardo Avalos, Esq.
Nevada Bar No. 15171
George Haines, Esq.
Nevada Bar No. 9411
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123

*Attorneys for Plaintiff John Waudby*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 21, 2023