Joel E. Tasca, Esq.
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendant First Premier Bank*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN WAUDBY,<br><br>　　Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; FIRST PREMIER BANK, and GREEN DOT CORPORATION<br><br>　　Defendants. | CASE NO. 2:22-cv-01889-RFB-DJA<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT<br><br>(Seventh Request) |

The current deadline for Defendant First Premier Bank to respond to Plaintiff John Waudby's complaint is March 17, 2023. Defendant has requested, and Plaintiff has agreed, that First Premier shall have up to and including March 31, 2023, to respond to Plaintiff's complaint, to provide additional time for First Premier to investigate Plaintiff's allegations and for the parties to discuss a potential early resolution of claims asserted against First Premier.

　　This is the seventh request for such an extension, and it is made in good faith and not for purposes of delay.

///

Dated: March 17, 2023.

| BALLARD SPAHR LLP | KIND LAW |
| --- | --- |
| | FREEDOM LAW FIRM |
| By: /s/ *Joel E. Tasca* | By: /s/ *Michael Kind* |
| Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Madeleine Coles, Esq.<br>Nevada Bar No. 16216<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | Michael Kind, Esq.<br>Nevada Bar No. 13903<br>8860 S. Maryland Parkway, Suite 106<br>Las Vegas, Nevada 89123 |
| *Attorneys for Defendant First Premier Bank* | Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>8985 S. Eastern Ave., Suite 350<br>Las Vegas, Nevada 89123 |
| | *Attorneys for Plaintiff John Waudby* |

## ORDER

The Court notes that the parties have continued this deadline multiple times, providing a similar reason each time. The Court is not inclined to grant further extensions without good reason to do so. Nonetheless, IT IS ORDERED that the parties' instant motion (ECF No. 47) is GRANTED.

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 20, 2023